JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

```
CHARLES K. SCOTT, JR. (a.k.a.) )    NO. ED CV 22-1643-FMO(E)
PARNELL K. CURTIS,              )
                                )
            Petitioner,         )
       v.                       )
                                )          JUDGMENT
CALIFORNIA DEPARTMENT OF        )
CORRECTIONS AND REHABILITATION, )
                                )
            Respondents.        )
_____)
```

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 21, 2022.

```
              _____/s/_____
                    FERNANDO M. OLGUIN
                 UNITED STATES DISTRICT JUDGE
```